IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **QUASHON BLAKE,** | : | Civil No. 1:18-cv-0365 |
| Plaintiff, | : | |
| v. | : | |
| **WNEP,** | : | |
| Defendant. | : | Judge Sylvia H. Rambo |

## **O R D E R**

**AND NOW**, this 26th day of February, 2018, **IT IS HEREBY ORDERED** that the complaint filed pursuant to 28 U.S.C. § 1331 is **DISMISSED WITH PREJUDICE** for failure to state a federal claim.

**IT IS FURTHER ORDERED** that the motion to proceed in forma pauperis is **GRANTED** only as to the costs of filing the complaint.

                                                     s/Sylvia H. Rambo
                                                    SYLVIA H. RAMBO
                                                    United States District Judge